[No. 9756–7–II.   Division Two.   January 27, 1988.]

THE STATE OF WASHINGTON, *on the Relation of Elissa Daniels, Respondent,* v. DANNY COCHRAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–5–00205–7, Thomas L. Lodge, J., entered

March 5, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.